In the United States District Court

for the Eastern District of North Caroliina

United States of America    )
                                   )
         v.                  )    Criminal No.
                                 )    5:07-CR-254-FL
Viktor Potapov               )

FILED JUN 10 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

08CR 463

JUDGE SHADUR

MAGISTRATE JUDGE NOLAN

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

I, <u>Viktor Potapov</u>, defendant, have been informed that an Indictment is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Northern District of Illinois in which I am under arrest and to waive trial in the above captioned District.

Dated: _May 2_, 2008 at _Metropolitan Correctional Center Chicago, Illinois_

_____
(Defendant)

_____
Alexander Vaschenko
(Witness)

_____
(Counsel for Defendant)

Approved

_____
United States Attorney for the
Eastern District of North Carolina

_____
Patrick J. Fitzgerald
United States Attorney for the
Northern District of Illinois

I certify the foregoing to be a true and correct copy of the original.
Dennis P. Iavarone, Clerk
United States District Court
Eastern District of North Carolina

By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
413 MIDDLE STREET
NEW BERN, NC 28560

**FILED**
JUN 1 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DATE: June 2, 2008

DENNIS P. IAVARONE
Clerk of Court

**08 CR 463**

Clerk, U.S. District Court
Attn: Criminal Section
219 South Dearborn Street
Chicago, IL 60604

**JUDGE SHADUR**

RE: U.S.A. vs. VIKTOR POTAPOV
    EDNC #5:07-CR-254-FL

**MAGISTRATE JUDGE NOLAN**

Dear Clerk:

Enclosed are certified copies of the following documents in the above referenced case that are being sent to your district for disposition pursuant to 18:3605 - Transfer of Jurisdiction:

1. Indictment
2. Consent to Transfer
3. Docket Sheet

Please acknowledge receipt of these documents on the enclosed copy of this letter.

Sincerely,

Dennis P. Iavarone, Clerk of Court

/s/ Donna Rudd
Deputy Clerk

dr

I certify the foregoing to be a true and correct copy of the original.
Dennis P. Iavarone, Clerk
United States District Court
Eastern District of North Carolina
By _____ Deputy Clerk

USMJ Gates

## U.S. District Court
### EASTERN DISTRICT OF NORTH CAROLINA (Western Division)
### CRIMINAL DOCKET FOR CASE #: 5:07-cr-00254-FL-1

| | |
|---|---|
| Case title: USA v. Potapov | Date Filed: 09/05/2007 |
| Magistrate judge case number: 5:07-mj-01459-DAN | Date Terminated: 06/02/2008 |

Assigned to: Chief Judge Louise Wood Flanagan

08CR 463

**FILED JUN 10 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

JUDGE SHADUR

MAGISTRATE JUDGE NOLAN

**Defendant (1)**

**Viktor Potapov**
*TERMINATED: 06/02/2008*

represented by **Viktor Potapov**
PRO SE

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

Entering into a marriage for the purpose of evading immigration laws (aiding and abetting same)
(1)

Document Visa Fraud (aiding and abetting same).
(2)

**Disposition**

Transferred to the Northern District of Illinois

Transferred to the Northern District of Illinois

**Highest Offense Level (Terminated)**

Felony

**Complaints**

Knowingly and willfully entered into a criminal conspiracy to commit marriage fraud and visa fraud in violation of Title

**Disposition**

Transferred to the Northern District of Illinois

18 USC Section 371 and 1546(a)and
Title 8, USC Section 1325(c)

**Plaintiff**

USA            represented by **John Bowler**
U. S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601-1461
919-856-4530
Fax: 856-4487
Email: john.s.bowler@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/24/2007 | 1 | COMPLAINT as to Viktor Potapov (1). (Deputy Clerk - SP, ) [5:07-mj-01459-DAN] (Entered: 07/25/2007) |
| 09/05/2007 | 2 | INDICTMENT as to Viktor Potapov (1) count(s) 1, 2. (Deputy Clerk - AEB, ) (Entered: 09/06/2007) |
| 09/05/2007 | 4 | Warrant Requested by USA as to Viktor Potapov (Deputy Clerk - AEB, ) (Entered: 09/06/2007) |
| 12/13/2007 | 5 | Arrest Warrant Returned Executed on 12/05/07 as to Viktor Potapov. (Deputy Clerk - JJ, ) (Entered: 12/13/2007) |
| 06/02/2008 | 6 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Northern District of Illinois Counts closed as to Viktor Potapov (1) Count 1,2. (Attachments: # 1 Cover Letter) Copy of cover letter, docket sheet, consent to transfer & indictment mailed to the Northern District of Illinois. (Deputy Clerk - DR, ) (Entered: 06/03/2008) |

JB

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07cr254-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | INDICTMENT |
| | ) | |
| VIKTOR POTAPOV | ) | |

08CR463
JUDGE SHADUR
MAGISTRATE JUDGE NOLAN

The Grand Jury Charges that:

COUNT ONE

On or about May 6, 2003, in the Eastern District of North Carolina, the defendant, VIKTOR POTAPOV, a citizen of the Ukraine, did knowingly and unlawfully enter into marriage for the purpose of evading a provision of the immigration laws of the United States, that is, the defendant did marry a citizen of the United States for the purpose of adjusting his immigration status to permit his residency in the United States, and did aid and abet another in doing so, in violation of Title 8, United States Code, Section 1325(c) and Title 18, United States Code, Section 2.

COUNT TWO

On or about September 26, 2003, in the Eastern District of North Carolina and elsewhere, the defendant, VIKTOR POTAPOV, did under penalty of perjury subscribe as true a false statement with respect to a material fact in an application, affidavit or other document required by the immigration laws or regulations prescribed thereunder, that is, in the course of making application for an

adjustment in immigration status, the defendant did falsely represent that he had entered into a non-fraudulent marriage with a United States citizen whereas in fact, as he well knew, his marriage to the American citizen had been entered into for the purpose of evading the immigration laws and regulations of the United States, and did aid and abet another in doing so, in violation of Title 18, United States Code, Sections 1546(a) and 2.

A TRUE BILL



DA[redacted]

GEORGE E. B. HOLDING
United States Attorney

JOHN S. BOWLER
Assistant United States Attorney
Criminal Division