UNITED STATES DISTRICT COURTPRIVATE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  08 CR 463 |
| | ) | |
| VICTOR POTAPOV, | ) | Judge Milton I. Shadur |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:

AUSA Shoshana Gillers
United States Attorney's Office
219 S. Dearborn St.
Chicago IL 60604

      PLEASE TAKE NOTICE THAT on Thursday, June 19, 2008 at 2:00 pm, I shall appear before the Honorable Milton I. Shadur in Courtroom 2303 of the United States Courthouse at 219 Dearborn Street, Chicago IL 60604 and then and there present DEFENDANT POTAPOV'S MOTION TO WAIVE PRESENTENCE INVESTIGATION REPORT, a copy of which is attached hereto and hereby served upon you.

Date: June 18, 2008                          Respectfully submitted,

                                              VIKTOR POTAPOV

                                              By: s/ Timothy P. O'Connor
                                                    His Attorney

Timothy P. O'Connor
Suite 2210
MEYER & O'CONNOR, LLC
20 South Clark Street
Chicago, IL  60603
312-346-9000

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing

NOTICE OF MOTION to be served upon

AUSA Shoshana Gillers
United States Attorney's Office
219 S. Dearborn St.
Chicago, IL 60604

by electronic service through the court's ECF filing system on this 18th day of June, 2008.


s/Timothy P. O'Connor