# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 463 | **DATE** | 6/19/2008 |
| **CASE TITLE** |  | USA vs. Viktor Potapov | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters a plea of guilty to count one of the Indictment. Plea accepted. Judgment of guilty entered. Defendant's motion to waive presentence investigation report is granted. (4-1) Sentencing hearing held.

Docketing to mail notices.

01:10

| | Courtroom Deputy Initials: | SN |
|---|---|---|

Case 1:08-cr-00463    Document 7    Filed 06/19/2008    Page 1 of 1

08CR463 USA vs. Viktor Potapov      Page 1 of 1