# FINANCIAL AFFIDAVIT

CJA 23
Rev. 5/98

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF

United States v.s. Victor Potapov

FOR Northern Illinois
AT Chicago, Illinois

LOCATION NUMBER ▶

PERSON REPRESENTED (Show your full name)

▶ Victor Potapov

| | |
|---|---|
| 1 ☒ Defendant - Adult | |
| 2 ☐ Defendant - Juvenile | |
| 3 ☐ Appellant | |
| 4 ☐ Probation Violator | |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other | |

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony   ☐ Misdemeanor

DOCKET NUMBERS

**FILED**
6-19-08
JUN 19 2008
6-19-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

District Court
08 CR 463
Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**

Are you now employed? ☐ Yes   ☒ No   ☐ Am Self-Employed

Name and address of employer: N/A

IF YES, how much do you earn per month? $ _NOT EMPLOYED_
IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes   ☒ No   NOT IN THE US.

IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes   ☒ No

RECEIVED      SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES   $ _NONE_    _NONE_

**CASH**

Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No   IF YES, state total amount $ 240.

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ~~☐ No~~

VALUE      DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT   $ 100.    CLOTHES, PASSPORT, PEN ( COUSIN'S POSSESSION )

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
____ SINGLE
☒ MARRIED
____ WIDOWED
____ SEPARATED OR DIVORCED

Total No. of Dependents: 1

List persons you actually support

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME:   NO DEBTS IN THE US.

Creditors

| | $ | | $ |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ _[signature]_   06/16/08